# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ESCAMBIA COUNTY, FLORIDA,

    Plaintiff,

v.                                                                                          CASE NO: 3:08cv88LAC

ALLIED WASTE SERVICES OF NORTH
AMERICA, LLC,

    Defendant.
_____/

## ORDER ADOPTING PROPOSED DISCOVERY PLAN

The parties have submitted their report of Parties' Planning Meeting (doc. #20) including a proposed discovery plan in accordance with this Court's Initial Scheduling Order. The discovery plan is hereby adopted and made the Order of the Court except that dispositive motions shall be filed not later than twenty (20) days after the close of discovery. All provisions of the Initial Scheduling Order shall continue in effect except as modified by the proposed discovery plan and this Order.

All discovery ends 20 October 2008.

**ORDERED** this 23rd day of April, 2008.

                                                               *s/L.A. Collier*
                                                    LACEY A. COLLIER
                                  Senior United States District Judge