**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ESCAMBIA COUNTY FLORIDA

    VS                                            CASE NO. 3:08cv88-LAC/EMT

ALLIED WASTER SERVICES OF
NORTH AMERICA LLC

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on December 15, 2008
Motion/Pleadings: JOINT MOTION TO STAY PROCEEDINGS
Filed by the parties  on 12/15/08  Doc.# 75
RESPONSES:
        on          Doc.#
        on          Doc.#

_____ Stipulated  __X__ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ C. Justice
LC (1 OR 2)        Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of December, 2008, that:*

*(a) The relief requested is **GRANTED**. This cause is hereby **STAYED** for **NINETY (90) DAYS** or until settlement is consummated, whichever comes first. The parties shall file the appropriate notice with the Court at that time. All pending motions are held in abeyance during the pendency of this stay.*

*(b)* _____

s/ *L.A. Collier*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

**LACEY A. COLLIER**
***United States District Judge***

Document No.