IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ESCAMBIA COUNTY, FLORIDA,

    Plaintiff/Counter-Defendant,

v.                                             Case No. 3:08cv88/LAC/EMT

ALLIED WASTE SERVICES OF
NORTH AMERICA, LLC,

    Defendant/Counter-Plaintiff.
_____/

## ORDER OF DISMISSAL

Before the Court is a jointly filed stipulation of dismissal with prejudice as to all claims and parties pursuant to Rule 41 of the Federal Rules of Civil Procedure (Doc. 126), and without any admission of liability by any party. Upon consideration of the foregoing, it is hereby **ORDERED**:

1.    This action is **DISMISSED** with prejudice with each party to bear their own fees and costs. The Clerk of Court is directed to close this file.

**ORDERED** on this 28th day of October, 2009.

                                                        s/*L.A. Collier*
                                                         Lacey A. Collier
                                          Senior United States District Judge